IN THE UNITED STATES DISITRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Lloyd Everetts, et al, | : | Case No.: 2:12-cv-3 |
| Plaintiff, | : | Judge Sargus |
| vs. | : | |
| State Farm Insurance, et al, | : | **ENTRY OF DISMISSAL** |
| Defendant. | : | |

All matters in controversy between Plaintiffs, Lloyd and Patsy Everetts, and Defendants, Abdirazak M. Waid and Fardoussa A. Bouth, have been compromised, settled, and resolved.

It is hereby ORDERED, ADJUDGED AND DECREED that all claims brought by Plaintiffs, shall be dismissed with prejudice at Defendant's cost.

_____  6-26-2012
Judge Sargus

| | |
|---|---|
| Scott E. Smith, Esq.<br>5003 Horizons Drive<br>Columbus, OH 43220<br>Phone: (614) 846-1700<br>Email: ses@sestriallaw.com<br>*Attorney for Plaintiffs, Lloyd and Patsy Everetts* | (0079740)<br>Christy M. Rafferty (0069564)<br>550 Polaris Parkway, Ste. 300<br>Westerville, OH 43082<br>Phone: (614) 523-4202<br>Fax: (877) 292-4221<br>Email: craffert@amfam.com<br>*Attorney for Defendants, Abdirazak M. Waid and Fardoussa A. Bouth* |